IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Southwood Property Group, LLC,

v.

Selective Way Insurance Company,

_____

)
)
)
)
)
)
)
)
)
)

C/A No.: 2:25-cv-13552-RMG


AMENDED
SCHEDULING ORDER

Judge Richard Mark Gergel

     Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. Discovery may begin upon receipt of this order.

1.    Rule 26(f) Conference: A conference of the parties pursuant to Fed. R. Civ. P. 26(f) shall be held no later than December 16, 2025.

2.    Rule 26(a)(1) Initial Disclosures: No later than December 30, 2025, the required initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made.

3.    Rule 26(f) Report: No later than December 30, 2025, the parties shall file a Fed. R. Civ. P. 26(f) Report in the form attached to this order.

4.    Mediation: Mediation shall occur no later than October 20, 2026.

5.    Amendment of Pleadings: Motions to join other parties and amend the pleadings shall be filed no later than February 23, 2026.

6.    Expert Witnesses: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to the parties by the following dates:
     Plaintiff:     July 24, 2026
     Defendant:   August 21, 2026

7.    Records Custodian Witnesses: Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than August 28, 2026. Objections to such affidavits must be made

within fourteen (14) days after the service of the disclosure. (See Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3)).

8.    Discovery: Discovery shall be completed no later than September 19, 2026. All discovery requests shall be served in time for the responses thereto to be served by this deadline.  De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

9.    Motions in Limine: Motions in limine must be filed no sooner than fifteen (15) days and no later than ten (10) days prior to the date certain set for jury selection and trial.

10.    Dispositive Motions and Daubert Motions: All dispositive motions and Daubert motions shall be filed on or before October 6, 2026.

11.    Pretrial Disclosures: No later than twenty-one (21) business days prior to jury selection, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(4).

12.    Pretrial Briefs: Parties shall furnish the Court and serve pretrial briefs five (5) business days prior to the date set for jury selection (Local Civil Rule 26.05). Attorneys shall meet at least five (5) business days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. See Local Civil Rule 26.07.

13.    Trial: This case is subject to being called for jury selection and/or trial on or after January 1, 2027.

The parties' attention is directed to the Special Instructions for Cases Before Judge Richard Mark Gergel, available on the District Court's website at www.scd.uscourts.gov.

May 27, 2026                                          s/ Richard Mark Gergel
Charleston, South Carolina                  United States District Judge